

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Estate of Evelyn Jewell Hartwell, Deceased

No. 06-23-00054-CV

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. No. PR-2022-13127). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED JANUARY 10, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk